

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00604-CV

Roy Lynn McDavid Jr.

v.

John Doe Land and Structure Owner, 5701 Cougar Drive, Apt - D, Austin, Texas 78745

On Appeal from the
261st District Court of Travis County, Texas
Trial Cause No. D-1-GN-11-003724

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

August14, 2014